

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00087-CV

**ESTATE** of Shirley L. **BENSON**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court Nos. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the probate court's order granting the temporary injunction is REVERSED and judgment is RENDERED dissolving the temporary injunction. The portion of the probate court's order appointing temporary co-receivers is AFFIRMED.

It is ordered that the parties each bear their own costs of this appeal.

SIGNED September 9, 2015.

Marialyn Barnard, Justice